[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 9, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13965
Non-Argument Calendar

_____

D. C. Docket No. 97-00003-CR-3-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SEAN CRAWFORD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(March 9, 2006)**

Before ANDERSON, BIRCH and BARKETT, Circuit Judges

PER CURIAM:

Gerald B. Williams, appointed appellate counsel for Sean Crawford, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crawford's convictions and sentences are **AFFIRMED**. In addition, Crawford's motion for substitution of appointed counsel is **DENIED.**